For Court Use Only

| Attorney or Party without Attorney: | | | | | |
|---|---|---|---|---|---|
| Rusty E. Glenn, Esq.<br>Shuman, Glenn & Stecker<br>600 17th Street, Suite 2800 South<br>Denver, CO 80202 | | | | | |

Telephone No: 303-861-3003  FAX No: 303-536-7849

Attorney for: Plaintiff(s)

Ref. No. or File No.:

Insert name of Court, and Judicial District and Branch Court:

United States District Court-District of Colorado

Plaintiff(s): Jeffrey Weaver, et al

Defendant: Realpage, Inc., et al

| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV03224KLM |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Consent / Non-Consent to the Exercise of Jurisdiction by a U S Magistrate Judge in Direct Assignment Cases; Civil Cover Sheet; Order Setting Scheduling/Planning Conference; Instructions for Preparation of Scheduling Order; Scheduling Order; Magistrate Judge Kristen L. Mix Practice Standards

3. *a. Party served:*     Sherman Associates, Inc.
   *b. Person served:*    Samantha Peck, Service of Process Intake Clerk

4. *Address where the party was served:*     Cogency Global Inc.
   7700 E. Arapahoe Road
   Suite 220
   Centennial, CO 80112

5. *I served the party:*

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Dec. 20, 2022 (2) at: 1:20PM

7. *Person Who Served Papers:*                              *Fee for Service:*

   a. Carlo Miller
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. **I declare under penalty of perjury under the laws of the State of COLORADO and under the laws of the United States Of America that the foregoing is true and correct.**

AFFIDAVIT OF SERVICE
Summons and Complaint

(Carlo Miller)

*ruglen.242079*