# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **Case No. 3:23-md-3071** **MDL No. 3071** **This Document Relates to:** 3:23-cv-00326 3:23-cv-00330 3:23-cv-00339 3:23-cv-00345 3:23-cv-00357 3:23-cv-00358 3:23-cv-00377 3:23-cv-00378 3:23-cv-00379 3:23-cv-00381 3:23-cv-00390 3:23-cv-00410 3:23-cv-00411 3:23-cv-00414 3:23-cv-00415 |

## ORDER

The Clerk shall terminate Cortland Partners, LLC., without prejudice, pursuant to Plaintiffs Notice of Dismissal Without Prejudice of Defendant Cortland Partners, LLC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). (Doc. No. 493).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1