# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

|  |  |
|---|---|
| **In re: RealPage, Inc., Rental Software Antitrust Litigation (No. II)** | **Case No. 3:23-md-03071**<br>**MDL No. 3071**<br><br>**Judge Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:**<br>**3:23-cv-00357**<br>**3:23-cv-00378**<br>**3:23-cv-00413**<br>**3:23-cv-00742** |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.01 of the Local Rules of Court for the United States District Court Middle District of Tennessee, Sloane Forbush hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Defendant UDR, Inc.

Pursuant to 29 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the U.S. District Court for the District of Colorado. Attached is a Certificate of Good Standing from that court.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal, except as provided below:

      None.

3. I have not been found in contempt by any court or tribunal, except as provided below:

      None.

1

4.     I have not been sanctioned pursuant to 28 U.S.C. § 1927, except as provided

below:

        None.

5.     I have never been censured, suspended, disbarred, or denied admission or

readmission by any court or tribunal, except as provided below:

        None.

6.     I have not been charged, arrested, or convicted of a criminal offense or offenses,

except as provided below:

        None.

7.     I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of

the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is

the name, address, phone number, and e-mail address of local counsel retained in this matter:

Joshua L. Burgener
Frost Brown Todd LLP
150 3d Ave S., Suite 1900
Nashville, TN 37201
Telephone: (615) 251-5667
Email: jburgener@fbtlaw.com

8.     I have read and am familiar with Local Rules of Court for the United States

District Court Middle District of Tennessee.

9.     By seeking admission to practice before this Court, I acknowledge my

responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction

upon this Court for any alleged misconduct arising in the course of the proceeding.

                                        /s/ Sloane Forbush

Name: Sloane Forbush
State where admitted and State Bar Number: New York (6201040)
Business Address: Goodwin Procter LLP, 620 Eighth Avenue, New York, New York 10018

2

Phone: (312) 558-5600
Email: SForbush@goodwinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2025, a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s/ Joshua L. Burgener
Joshua L. Burgener

*Counsel for Defendant UDR, Inc.*



## THE UNITED STATES OF AMERICA

*E PLURIBUS UNUM*

*District of Colorado*

*I, Jeffrey P. Colwell, Clerk of the United States
District Court, certify that*

# Sloane Forbush

*was duly admitted and qualified to practice as an attorney
in the District Court on the 4th day of December, 2025.*

*In testimony whereof, I sign my name and affix the seal of this court, on this 4th
day of December, 2025.*

_____
Jeffrey P. Colwell
*Clerk*